# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Greunni LaVorta Gee
_____
_____
(Full name of the Plaintiff(s) in this action)

v.

Mike Stagner
Christian County
_____
_____
_____
(Full name of the Defendant(s) in this action)

FILED
JAMES J. VILT, JR. - CLERK
JUN 05 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

CIVIL ACTION NO. 5:23-cv-82-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Greunni LaVorta Gee

Place of Confinement: Christian County Jail

Address: 410 W. 7th St. Hopkinsville, KY 42240

Status of Plaintiff: CONVICTED (_)  PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Mike Stagner__ is employed as __Deputy Jailer__ at __Christian County Jail__.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant __Christian County__ is employed as __Municipal__ at __Christian County Jail__.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):
_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

My name is Greunni Gee. On July 13th 2022 Between the time of 7:30 AM & 9:30 AM I was assaulted by Jail-Staff Deputy Jailor Mike Stagner Badge #115. The incident took place when Stagner came to the outside of the cell calling my name to get up. I asked him where I was going, he didnt answer just demanded me to put my shoes on, and come on. I asked him again where I was going and he got angry and came in the cell. He yelled at me to come the Fuck on and get my shoes on, he said I aint playing with you today and charged up to my bunk in a threatening demeanor and he acted like he was going to grab me. I then ask him what he was doing, he said your coming with me as he grabbed me off of the top bunk by my jumpsuit collar, slamming me into the metal table down below where I hit my head and shoulder. I ask him what he was-

## III. STATEMENT OF CLAIM(S) continued

doing and told him he wasn't supposed to touch me. Stagner said "You brought this on yourself Gee." Once I was on to my feet, He whispered in my ear "They are here for that DNA sample you fucking Nigger." Then he stepped back towards the door as I put my shoes on and buttoned my jumpsuit up. I walked towards the door and asked him why he put his hands on me? He grabbed me again and slammed me by the phone hitting my head on the wall. I kept telling him why was he doing this, I'm not doing anything to you. He then slammed me by the garbage can, and putting his forearm into my throat choking me until other guards came in and pulled me away from him. After the incident I feel as if I wasn't treated fairly. I want to press charges on Deputy Stagner for assault me. I want sufficent medical care, I want properly trained staff to where the inmates are treated fair and feel safe. And the whole incident is recorded on the cameras.

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__✓__ award money damages in the amount of $ __500,000.00__

__✓__ grant injunctive relief by _____

__✓__ award punitive damages in the amount of $ __500,000.00__

_____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __31__ day of __May__, 20__23__

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __June 1st 2023__.

_____
(Signature)

6

Geunni LaVorta Gee
Christian County Jail
410 West 7th St.
Hopkinsville, KY 42240
5:23-CV-82-JHM

**FILED**
JAMES J. VILT, JR. - CLERK

JUN 05 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States D
501 Broadw
Paducah, K





CHRISTIAN COUNTY JAIL
410 WEST 7TH STREET
HOPKINSVILLE, KY 42240

District Court Clerk

Suite 127

KY 42001-6801