UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**GEUNNI LAVORTA GEE**  PLAINTIFF

v.  CIVIL ACTION NO. 5:23-CV-P82-JHM

**MIKE STAGNER** *et al.*  DEFENDANTS

## ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** for lack of service pursuant to Fed. R. Civ. P. 4(m).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: January 31, 2024

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
   Christian County Attorney
4414.011