# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

**GEUNNI LAVORTA GEE**                                                                                          **PLAINTIFF**

v.                                                                       **CIVIL ACTION NO. 5:23-CV-P82-JHM**

**MIKE STAGNER** *et al.*                                                                                  **DEFENDANTS**

## ORDER

For the reasons set forth in the separate Memorandum entered this date, and the Court being sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 4(m) for lack of service.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: June 25, 2024

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
      Christian County Attorney
4414.011